UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 APR -1 P 2: 44
DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| KEVIN GIBBONS and JOHN CONTE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHAMPION WINDOW COMPANY )<br>OF BOSTON SOUTH, LLC, )<br>)<br>Defendant. ) | Civil Action No. 04CV10453RWZ |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the defendant Champion Window Company of Boston South, LLC shall appear through its counsel, Adam J. Brodsky, Esquire.

CHAMPION WINDOW COMPANY
OF BOSTON SOUTH, LLC

By its attorney

Adam J. Brodsky (BBO #548018)
72 Sharp Street, Unit A9
Hingham, MA 02043
(781) 340-6900

Dated: March 31, 2004

ChampionConteGibbonsNoticeAppearance.doc

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served by first-class mail, postage prepaid, on March 31, 2004, upon the attorney of record for each other party.

_____
Adam J. Brodsky