UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 APR -1  P 2: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

KEVIN GIBBONS
and JOHN CONTE,

      Plaintiffs,

v.

CHAMPION WINDOW COMPANY
OF BOSTON SOUTH, LLC,

      Defendant.

Civil Action No. 04CV10453RWZ

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CHAMPION WINDOW COMPANY OF BOSTON SOUTH, LLC

Defendant Champion Window Company of Boston South, LLC ("Champion") hereby submits the following corporate disclosure statement pursuant to Fed.R.Civ.P. 7.1. Champion states that it has no parent corporations and there are no publicly held corporations that own 10% or more of Champion's stock.

CHAMPION WINDOW COMPANY
OF BOSTON SOUTH, LLC

By its attorney,

/s/ Adam J. Brodsky

Adam J. Brodsky (BBO #548018)
72 Sharp Street, Unit A9
Hingham, MA 02043
(781) 340-6900

Dated: March 31, 2004

ChampionConteGibbonsCorporateDisclosure.doc

2

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the above document to be served by first-class mail, postage prepaid, on March 31, 2004, upon the attorney of record for each other party.

_____
Adam J. Brodsky