**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

KEVIN GIBBONS
and JOHN CONTE
                        Plaintiffs,

v.                                          Civil Action No. 04-10453-RWZ

CHAMPION WINDOW COMPANY
OF BOSTON SOUTH, LLC,
                        Defendant.
_____/

## JOINT STATEMENT PURSUANT TO RULE 16(b) AND LOCAL RULE 16.1(D)

The parties, having conferred pursuant to Fed. R. Civ. P. 16(b) and Local
Rule 16.1, hereby file the following joint statement and proposed pre-trial
schedule in anticipation of the scheduling conference on May 5, 2004 at 2 p.m.

Proposed Pre-Trial Schedule

A.    Discovery Plan

1.    Interrogatories

      One set of interrogatories by plaintiffs (jointly) and one set of

      interrogatories by defendant; each set limited to a total of 25

      interrogatories.  Service by June 7, 2004 and response in

      accordance with Rule 33.

2.    Requests for Production of Documents

      One set of requests for production of documents by plaintiffs

      (jointly) and one set by defendant, each set limited to a total of

1

25 requests.   Service by June 7, 2004 and responses in

accordance with Rule 34.

3.    Depositions

Up to 5 depositions by the plaintiffs (jointly) and up to 6 depositions

by the defendant.  All depositions completed by

September 20, 2004.  All discovery completed by October 11,

2004.

4.    Expert Disclosure

Plaintiff to disclose all experts and reports as required by Fed. R.

Civ. P 26 by August 2, 2004.  Defendant to make counter-

designation by August 23, 2004.

B.    Motion Schedule

1.    All motions for summary judgment filed by December 13, 2004.

2.    All oppositions filed by January 12, 2005.

C.    Proposed Pre-Trial Conference Date

The parties propose that the Court conduct a pre-trial conference in

this matter on March 15, 2005 or as soon thereafter as the

Court's calendar permits.

D.    Certifications

The parties will file certifications in accordance with Local Rule

16.1(D)(3) at the scheduling conference on May 5, 2004.

E.    Alternative Dispute Resolution

The parties are amenable to mediation.

2

F.    Referral To Magistrate Judge

    The plaintiffs do not consent to a trial by a Magistrate Judge.

                    Respectfully submitted,

                    KEVIN GIBBONS and JOHN CONTE

                    By their attorney,

                    Kevin B. Callanan  (BBO # 070620)
                    Law Office of Kevin B. Callanan
                    17 Accord Park Drive, Suite 101
                    Norwell, MA  02061
                    781-878-1604

                    Respectfully submitted,

                    CHAMPION WINDOW COMPANY
                    OF BOSTON SOUTH, LLC

                    By its attorney,

                    (BY KBC)

                    Adam J. Brodsky  (BBO # 548018)
                    72 Sharp Street, Unit A9
                    Hingham, MA 02043
                    781-340-6900

Date:  April 28, 2004