UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN GIBBONS
and JOHN CONTE,
      Plaintiff

v.                                      Civil Action No. 04-10453-RWZ

CHAMPION WINDOW COMPANY
      Defendant

**CERTIFICATION PURSUANT TO**
**LOCAL RULE 16.1(D) (3)**

The plaintiff, Kevin Gibbons, and undersigned counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-- -- and various alternative courses-- -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                    Respectfully submitted,

                                                    KEVIN GIBBONS

                                                  By his attorney,

_/s/ Kevin Gibbons_                       _/s/ Kevin B. Callanan_
Kevin Gibbons                         Kevin B. Callanan BBO #070620
                                          Law Office of Kevin B. Callanan
                                          17 Accord Park Drive, Suite 101
                                          Norwell, Massachusetts 02061
                                          781-878-1604

Dated: April 23, 2004