UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN GIBBONS
and JOHN CONTE,
            Plaintiff

v.                                                  Civil Action No. 04-10453-RWZ

CHAMPION WINDOW COMPANY
            Defendant

### CERTIFICATION PURSUANT TO
### LOCAL RULE 16.1(D)(3)

The plaintiff, John Conte, and undersigned counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

JOHN CONTE

By his attorney,

John Conte

Kevin B. Callanan BBO #070620
Law Office of Kevin B. Callanan
17 Accord Park Drive, Suite 101
Norwell, Massachusetts 02061
781-878-1604

May 4, 2004

Dated: April    , 2004