UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEVIN GIBBONS<br>and JOHN CONTE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CHAMPION WINDOW COMPANY<br>OF BOSTON SOUTH, LLC,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04CV10453RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO**
**LOCAL RULE 16.1(D) (3)**

Defendant, Champion Window Company of Boston South, LLC, and the undersigned counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-- -- and various alternative courses-- --of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　　CHAMPION WINDOW COMPANY
　　　　　　　　　　　　　　　　　　　OF BOSTON SOUTH, LLC

　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　/s/Adam J. Brodsky
　　　　　　　　　　　　　　　　　　　Adam J. Brodsky (BBO #548018)
　　　　　　　　　　　　　　　　　　　72 Sharp Street, Unit A9
　　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　　(781) 340-6900

Dated: May 7, 2004
ChampionConteGibbonsCertification.doc