UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



received
05-06-04

KEVIN GIBBONS
and JOHN CONTE,
　　　　Plaintiff

Civil Action No. 04-10453-RWZ

v.

CHAMPION WINDOW COMPANY
　　　　Defendant

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D) (3)

The plaintiff, John Conte, and undersigned counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-- -- and various alternative courses-- -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　JOHN CONTE

　　　　　　　　　　　　　By his attorney,

_____
John Conte

_____
Kevin B. Callanan BBO #070620
Law Office of Kevin B. Callanan
17 Accord Park Drive, Suite 101
Norwell, Massachusetts 02061
781-878-1604

Dated: April 30, 2004