# KEVIN B. CALLANAN

*ATTORNEY AT LAW*

17 ACCORD PARK DRIVE
SUITE 101
NORWELL, MASSACHUSETTS 02061

(781) 878-1604
FAX (781) 878-3154
e-mail: kbcallanan@msn.com

By Fax To: 617-748-9096
and First Class Mail

November 17, 2004

Lisa Urso, Clerk to Judge Zobel
United States District Court
United States Courthouse
1 Courthouse Way – Suite 2300
Boston, Massachusetts 02210

Re: Kevin Gibbons and John Conte
    v. Champion Windows of Boston South, L.L.C.
    Civil Action No. 04-10453-RWZ

Dear Ms. Urso:

    Judge Zobel requested that counsel report today on the status of settlement efforts in this case.

    Defendant's counsel, Adam J. Brodsky, and I have conferred regarding settlement, but have not succeeded in resolving this case. We will continue our efforts toward possible settlement.

    A copy of this letter is being faxed and mailed to Attorney Brodsky.

Very truly yours,

Kevin B. Callanan

cc: Adam J. Brodsky, Esq.