UNITED STATES DISTRICT C0URT
DISTRICT OF MASSACHUSETTS

KEVIN GIBBONS
and JOHN CONTE
    Plaintiffs,

v.                                                     Civil Action No. 04-10453-RWZ

CHAMPION WINDOW COMPANY
OF BOSTON SOUTH, LLC,
    Defendant.

### STIPULATION OF VOLUNTARY DISMISSAL OF COUNT I AND II OF THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties in this action hereby stipulate that Count I and II of the Plaintiff's Amended Complaint, alleging overtime violations under the Fair Labor Standards Act, is voluntarily dismissed with prejudice.

Respectfully submitted,                                Respectfully submitted,

KEVIN GIBBONS and JOHN CONTE                           CHAMPION WINDOW COMPANY
                                                        OF BOSTON SOUTH, LLC

By their attorney,                                     By their attorney,

_____                                _____
Kevin B. Callanan (BBO # 070620)                       Adam J. Brodsky (BBO #548018)
Law Office of Kevin B. Callanan                        72 Sharp Street, Unit A9
17 Accord Park Drive, Suite 101                        Hingham, MA 02043
Norwell, MA 02061                                      781-340-6900
781-878-1604

Dated: January 12, 2005