UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN GIBBONS
        Plaintiff

V.                                                                    CIVIL ACTION:04-10453-RWZ

CHAMPION WINDOWS CO.
        Defendant

### ORDER OF DISMISSAL

ZOBEL, D.J.                                                                    JANUARY 31, 2005

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

        By the Court,

        s/ Lisa A. Urso
        Deputy Clerk

30day.ord