UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
KEVIN GIBBONS )
and JOHN CONTE, )
 )
        Plaintiffs, )
 )  Civil Action No. 04CV10453RWZ
v. )
 )
CHAMPION WINDOW COMPANY )
OF BOSTON SOUTH, LLC, )
 )
        Defendant. )
_____)

**STIPULATION OF DISMISSAL**

IT IS HEREBY agreed and stipulated by the parties that, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), this action is dismissed with prejudice, without costs and with all rights of appeal waived.

| KEVIN GIBBONS and JOHN CONTE | CHAMPION WINDOW COMPANY OF BOSTON SOUTH, LLC |
|---|---|
| By their attorney, | By its attorney, |
| /s/ Kevin B. Callanan_____ | /s/ Adam J. Brodsky_____ |
| Kevin B. Callanan  (BBO # 070620) | Adam J. Brodsky  (BBO # 548018) |
| Law Office of Kevin B. Callanan | 72 Sharp Street, Unit A9 |
| 17 Accord Park Drive, Suite 101 | Hingham, MA 02043 |
| Norwell, MA  02061 | 781-340-6900 |
| 781-878-1604 | |

February 16, 2005